United States District Court
Southern District of Texas
**ENTERED**
January 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Marvin B. Freedman, | § § § | |
| *Plaintiff,* | § § | |
|  | § | Civil Action No. 4:24-cv-03783 |
| v. | § § | |
| Wells Fargo Home Mortgage, et al., | § § | |
| *Defendant.* | § § § | |

## ORDER OF NON-COMPLIANCE AND RESETTING RULE 16 CONFERENCE

By order dated November 4, 2024, this Court set the case for an initial scheduling conference on January 24, 2025. Dkt. 5. The conference was later reset to January 28, 2025. Dkt. 13. The parties were explicitly required to submit a Joint Discovery Case Management Plan by January 14, 2025. *Id.* at 12. As of this date, no JDCMP has been filed.

It is therefore **ORDERED** that the initial scheduling conference previously set for January 28, 2025 (Dkt. 13) is hereby **RESCHEDULED** for

**February 21, 2025**
at 11:00 a.m.
by Zoom.

The parties are reminded that they must confer per Fed. R. Civ. P. 26(f) and submit the Joint Discovery Case Management Plan to this Court at least

ten days before the conference date.  *See* Dkt. 5.  Failure to comply may result in sanctions, including dismissal of the action and assessment of fees and costs. *See id.* at 3.

    Signed on January 21, 2025, at Houston, Texas.

                                                    _____
                                                  Yvonne Y. Ho
                                                  United States Magistrate Judge