United States District Court
Southern District of Texas
**ENTERED**
March 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Marvin B. Freedman, § | |
| § | |
| *Plaintiff*, § | |
| § | Civil Action No. 4:24-cv-03783 |
| v. § | |
| § | |
| Wells Fargo Home Mortgage, et al., § | |
| § | |
| *Defendants*. § | |

## MEMORANDUM AND RECOMMENDATION

On February 21, 2025, this Court entered an order directing Plaintiff Marvin B. Freedman to show cause why his suit should not be dismissed for violating this Court's directives that he (1) confer with Defendants and prepare a Joint Discovery Case Management Plan; and (2) attend the February 21, 2025 initial conference. *See* Dkt. 16. The order set a deadline of March 7, 2025 for Plaintiff's response.

The deadline has expired without any response by Plaintiff. Accordingly, it is **RECOMMENDED** that this suit be **DISMISSED WITHOUT PREJUDICE** for want of prosecution and for violating this Court's orders.

Signed on March 10, 2025, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge