United States District Court
Southern District of Texas
**ENTERED**
April 30, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MARVIN B. FREEDMAN, | § § | CIVIL ACTION NO 4:24-cv-03783 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| WELLS FARGO HOME MORTGAGE, *et al* | § § | |
| Defendants. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff Marvin Freedman proceeds here *pro se*. He filed this action seeking injunctive relief to prevent a foreclosure sale on collateral property. Dkt 1. The matter was referred for disposition to Magistrate Judge Yvonne Ho. Dkt 4.

Judge Ho entered a show-cause order with respect to certain failures by Plaintiff to advance this action. Dkt 16. Pending is her Memorandum and Recommendation dated March 10, 2025, recommending that the case be dismissed without prejudice for want of prosecution and failure to comply with her order. Dkt 17.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 17.

This case is DISMISSED WITHOUT PREJUDICE.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on April 29, 2025, at Houston, Texas.

*/s/ CREskridge*
Hon. Charles Eskridge
United States District Judge